USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN FILIPOVIC,

                Plaintiff,

   - against -

CUSHMAN & WAKEFIELD, INC., ET AL.,

                Defendants.

22 Civ. 02456 (LLS)

ORDER

It having been reported to the Court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty (30) days of the date of the Order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated:   New York, New York
         July 1, 2022

                                  *Louis L. Stanton*
                                  LOUIS L. STANTON
                                     U.S.D.J.